The People of the State of New York ex rel. The Retsof Mining Company, Respondent, v. George E. Priest et al., Composing the State Board of Tax Commissioners, Appellants.

*People ex rel. Retsof Mining Co.* v. *Priest,* 75 App. Div. 131, affirmed.
(Argued June 1, 1903; decided June 16, 1903.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 29, 1902, which reversed an order of Special Term denying a

motion to set aside an assessment of a special franchise against the relator for the year 1900.

*John Cunneen, Attorney-General (William H. Wood* of counsel), for appellants.

*Henry B. Twombly* for respondent.

Order affirmed, with costs, on the ground that relator's property right sought to be taxed herein is not a special franchise within the meaning of the Franchise Tax Law; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.